

NUMBER 13-12-00499-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE AMERICANOS, U.S.A., L.L.C., GREYHOUND LINES, INC., AND IRMA MORADO

## On Petition for Writ of Mandamus.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

On August 3, 2012, relators, Americanos U.S.A., L.L.C., Greyhound Lines, Inc., and Irma Morado filed a petition for writ of mandamus in which they alleged that respondent, the Honorable Migdalia Lopez, presiding judge of the 197th Judicial District Court of Cameron County, Texas, abused her discretion by denying relators' plea in abatement and oral motion to stay in trial court cause number 2010-03-001717-C, styled *Daniel Campos, et al. v. Americanos U.S.A., L.L.C, et al.*, on August 3, 2012. Relators also filed an emergency motion for stay of proceedings in which they stated

that a jury trial is scheduled to begin in the cause on August 6, 2012. Relators requested that this Court stay the August 6, 2012 trial setting pending disposition of their petition for writ of mandamus.

On August 3, 2012, this Court ordered a stay of proceedings in cause number 2010-03-001717-C and requested a response by the real parties-in-interest. On August 8, 2012, real parties in interest filed a response. The Court, having examined and fully considered the petition for writ of mandamus, response, and documents on file, is of the opinion that relators have not shown themselves to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is hereby DENIED and the stay granted on August 3, 2012 in trial court cause number 2010-03-001717-C is hereby LIFTED.

PER CURIAM

Delivered and filed the
9th day of August, 2012.